IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DALE W. BENDROSS,
  Plaintiff,

vs.             Case No.:  5:07cv75/RS/EMT

HERBERT HALL, et al.,
  Defendants.
_____/

## REPORT AND RECOMMENDATION

  This matter is before the court on Plaintiff's notice of dismissal of the instant civil rights case, filed pursuant to 42 U.S.C. § 1983, without prejudice (Doc. 10).

  Rule 41(a)(1)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment.  Because Defendants have not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

  Accordingly, it is respectfully **RECOMMENDED**:

  That Plaintiff's notice of dismissal (Doc. 10) be **GRANTED** and this case be **DISMISSED without prejudice**.

At Pensacola, Florida, this 27th day of July 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* **28 U.S.C. § 636;** **United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**