**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

DALE W. BENDROSS,

           Plaintiff,

vs.                                       CASE NO. 5:07cv75/RS

HERBERT HALL, et al,

           Defendants.

_____/

**ORDER**

       Before me are Plaintiff's Notice of Dismissal (Doc. 10) and the Magistrate

Judge's Report and Recommendation (Doc. 11).

       **IT IS ORDERED**:

       1.     The Magistrate Judge's Report and Recommendation is adopted and

           incorporated by reference in this Order.

       2.     This case is dismissed without prejudice.

       3.     The clerk is directed to close the file.

ORDERED on July 31, 2007.

                          /S/ Richard Smoak_____
                          **RICHARD SMOAK**
                          **UNITED STATES DISTRICT JUDGE**